■ MURIEL R. M. SILVER v. HENRY F. SILVER.— Motion for stay denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ JOSEPH MULLIN v. CATHERINE MULLIN.— Motion to dismiss appeal granted upon default, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ JOSEPH FARHI, Doing Business as PHARMACIE FARHI, v. AMEROPE CHEMICALS & METALS CO., INC.— Motion to dismiss appeals granted on default, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. BORG-JOHNSON ELECTRONICS, INC., et al.— Motion for stay denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of ROBERT SILK, Respondent, against ANNETTE BENEDICT et al., Appellants.— Motion for stay denied and the temporary stay contained in the order to show cause dated June 16, 1958 is vacated. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ ANTHONY VILARDI v. GEORGE F. FOLEY et al.— Motion for stay denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of JOSEPH F. DOWNEY, Petitioner, against STEPHEN KENNEDY, as Police Commissioner of the Police Department of the City of New York, et al.— Motion granted and the proceeding dismissed on default, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of JOHN R. FREEMAN, as Temporary Administrator of the Estate of ICEK S. FRYDMAN, Deceased, against MORRIS FREEDMAN.— Motion to dismiss appeal granted on default, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROCCO GITTO.— Motion for stay denied. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ POPULAR MILL ENDS, INC. v. FOOD PAGEANT, INC.— Motion for stay granted upon condition that the defendant posts a surety company undertaking in favor of plaintiff for the sum of $500 conditioned on the payment of all damages, if any, sustained by the plaintiff by reason of the stay, within 10 days after service of a copy of this order, with notice of entry thereof, upon the attorney for the plaintiff, and upon the further condition that the appellant procures the record on appeal and appellants' points to be filed on or before August 28, 1958, with notice of argument for September 9, 1958, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

### (Republished)

■ PEASE & ELLIMAN, INC. v. S. H. KRESS & CO.— Motion for leave to reargue denied but motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ. [See ante, p. 791.]